UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION

21 MC 102(AKH)

NOTICE OF APPEARANCE

------------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

Enter appearance of the undersigned as counsel in this case for defendant, Mazal Group, LLC.

The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       August 10, 2007

> FRANK A. SCANGA, ESQ.
> Attorney for Defendants,
> Mazal Group, LLC
> 477 Madison Avenue
> 21st Floor
> New York, New York 10022
> (212) 758-4040
>
> By: _____
>     Frank A. Scanga (FS 1460)