Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendants: Mazal Group, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

                21 MC 102(AKH)

THIS DOCUMENT ONLY APPLIES TO THOSE
CASES IN THE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE
LITIGATION BEARING DOCKET NUMBER(S)    FEDERAL CIVIL
                                                               RULE 7.1 DISCLOSURE
                                                              STATEMENT

07CV1604
07CV4463


IN WHICH THE MAZAL GROUP, LLC
PARTIES ARE DEFENDANTS
-----------------------------------------------------------------X

SIRS:

       Defendants, Mazal Group, LLC, by their attorney, Frank A. Scanga, Esq, is a privately held company. No publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       August 10, 2007

                                        FRANK A. SCANGA, ESQ.
                                        Attorney for Defendants,
                                        Mazal Group, LLC
                                        477 Madison Avenue
                                        21st Floor
                                        New York, New York 10022
                                        (212) 758-4040

By: _____
Frank A. Scanga (FS 1460)