Thomas A. Egan, Esq. (TE-0141)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                                    :
IN RE: WORLD TRADE CENTER DISASTER      :    21 MC 102 (AKH)
SITE LITIGATION                                     :
                                                    :
----------------------------------------------------------------------X
                                                    :
MARIA DUCHITANGA,                          :    07-CV-1604 (AKH)
                                                    :
                          Plaintiff,               :    **NOTICE OF THE 120 BROADWAY**
                                                    :    **PARTIES' ADOPTION OF ANSWER**
- against -                                         :    **TO MASTER COMPLAINT**
                                                    :
120 BROADWAY CONDOMINIUM (CONDO #871),  :
*et al.*,                                           :
                                                    :
                          Defendants.              :
                                                    :
----------------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendants The 120 Broadway Condominium (Condo

#871), 120 Broadway Holdings, LLC (incorrectly sued herein as 120 Broadway Holding, LLC),

120 Broadway Properties, LLC, 120 Broadway, LLC, Board of Managers of The 120 Broadway

Condominium (Condo #871), and Silverstein Properties, Inc. (collectively, "The 120 Broadway

Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action,

hereby adopt the 120 Broadway Parties' Answer to Master Complaint, dated August 1, 2007,

which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:   New York, New York
September 14, 2007

**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
Attorneys for Defendants The 120 Broadway Parties

By:   _Thomas A. Egan_
Thomas A. Egan (TE-0041)
One Liberty Plaza
New York, New York  10006-1404
(212) 412-9500