UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X    07CV1604(AKH)
MARIA DUCHITANGA,

                              Plaintiffs,
    - against –

                                      ANSWER

120 BROADWAY CONDOMINIUM (CONDO #871),
120 BROADWAY HOLDING, LLC 120
BROADWAY PROPERTIES, LLC 120 BROADWAY,
LLC, 715 REALTY CORP., 90 CHURCH STREET
LIMITED PARTNERSHIP, ALAN KASMAN DBA
KASCO, AMBIENT GROUP, INC., ANN TAYLOR
STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC.,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT, BOARD OF EDUCATION OF THE
CITY OF NEW YORK, BOARD OF MANAGERS OF THE
120 BROADWAY CONDOMINIUM (CONDO #871), BOSTON
PROPERTIES, INC., BROOKFIELD FININCIAL
PROPERTIES, INC., BROOKFIELD FININCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CITIBANK, NA,
DEPARTMENT OF BUSINESS SERVICES, ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONENTAL
GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES CO., MAZAL GROUP (THE MONIAN GROUP),
MERRILL LYNCH & CO, INC., NEW YORK CITY
SCHOOL CONSTRUCTION AUTHORITY, NEW
YORK UNIVERSITY, NEWARK KNIGHT FRANK,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., ROCKROSE
DEVELOPMENT CORP., SABINE ZERARKA,
SILVERSTEIN PROPERTIES, INC., STRUCTURE TONE
(UK), INC., STRUCTURE TONE GLOBAL SERVICES,
INC., THAMES REALTY CO, TOSCORP INC.,
TRIBECA LANDING, L.L.C., TUCKER ANTHONY,
INC., WESTON SOLUTIONS, INC., WFP TOWER
A CO. G.P. CORP. WFP TOWER A. CO., L.P., WFP TOWER

B CO. G.P. CORP., WFP TOWER B HOLDING
CO., LP, AND WFP TOWER B. CO., L.P., ET AL

          Defendants.
------------------------------------------------------------------------ X

  PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

  WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
   September 14, 2007

              Yours, etc.

              FRIEDMAN, HARFENIST, LANGER & KRAUT
              Attorneys for Defendant –Envirotech
              3000 Marcus Avenue, Suite 2E1
              Lake Success, New York 11042
              (516) 775-5800

              BY: _/s/ H. Smar_____
                Heather L. Smar (4622)