UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :

-----------------------------------------------------------------X

MARIA DUCHITANGA,                       :   07-CV-01604-AKH

                Plaintiff,     :   **APPEARANCE**

- against -                             :

120 BROADWAY CONDOMINIUM                :   **ELECTRONICALLY FILED**
(CONDO #871), *et al.*,                 :

                Defendants.    :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York            DICKSTEIN SHAPIRO LLP
        October 3, 2007

                          By:    /s/ Judith R. Cohen
                          _____
                          Judith R. Cohen (JC-8614)
                          1177 Avenue of the Americas
                          New York, New York 10036
                          Phone: (212) 277-6500
                          Fax: (212) 277-6501

                          *Attorney for Defendant*
                          MERRILL LYNCH & CO., INC.

DOCSNY-271443v01