Gail L. Ritzert, Esq. (GR6120)
HAVKINS ROSENFELD RITZERT & VARRIALE, LLP
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1700

Attorneys for Defendants Newmark & Company Real Estate, Inc. i/s/h/a Newmark Knight Frank

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER                 MASTER CASE NO.
MANHATTAN DISASTER SITE LITIGATION              21 MC 102 (AKH)
-------------------------------------------------------------------X
MARIA DUCHITANGA,                               DOCKET NO.
                                                07-CV-1604
                         Plaintiff,
                                                NOTICE OF NEWMARK &
        -against-                               COMPANY REAL ESTATE,
                                                INC. i/s/h/a NEWMARK
                                                KNIGHT FRANK ADOPTION
120 BROADWAY CONDOMINIUM (CODO #871), et al.,   OF ANSWER TO MASTER
                                                COMPLAINT
                         Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendants NEWMARK & COMPANY REAL ESTATE, INC. i/s/h/a NEWMARK KNIGHT FRANK (hereinafter referred to as "NEWMARK"), as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the NEWMARK Answer to Master Complaint, dated October 15, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

**PLEASE TAKE FURTHER NOTICE**, NEWMARK, reserve the right to file any Amended Answer and the right to interpose Cross-Claims against any and all defendants and third-party defendants.

**WHEREFORE**, NEWMARK & COMPANY REAL ESTATE, INC. i/s/h/a NEWMARK KNIGHT FRANK demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: Mineola, New York
October 15, 2007

> **HAVKINS ROSENFELD RITZERT & VARRIALE, LLP**
>
> By: _____
> Gail L. Ritzert, Esq. (GR6120)
> Attorneys for Defendant
> *NEWMARK & COMPANY REAL ESTATE, INC.*
> *i/s/h/a NEWMARK KNIGHT FRANK*
> 114 Old Country Road, Suite 300
> Mineola, New York 11501
> (516) 620-1710
> File No. 03138-0429-1

01158423